STATE CAPITOL BRIEFS - THURSDAY, JUNE 10, 2004
STATE HOUSE NEWS SERVICE

ROMNEY SIGNS TIP POOLING BILL INTO LAW
Massachusetts has a new law to prevent employers from dipping into "pooled" tips collected by employees in the service industry, mainly restaurant workers, taxicab drivers, hairdressers, baggage handlers, and valets. Gov. Romney signed the legislation (H 4431) into law Thursday afternoon. According to Attorney General Thomas Reilly, who originally co-sponsored the legislation with Rep. Martin Walsh (D-Boston) in 2002, baggage handlers at Logan Airport were often required to hand over any tips to their employers, and after further investigation discovered that wait staff members had been required to turn tips over to managers in a few instances as well. "Service employees who work hard and depend on their gratuities to earn a living deserve to be protected in the workplace," Reilly said in a statement. Previously, only members of the food service industry were protected under the law, although many managers were found to be in violation. The law is now expanded to cover all employees receiving tips, with a penalty of up to $25,000 or up to two years in jail for violations.