AG REILLY COMMENDS LEGISLATURE FOR PAS SAGE OF BILL THAT PROTECTS SERVICE WORKERS (6-9-04)

Attorney General Tom Reilly

CONTACT: COREY WELFORD, (617) 727-2543

JUNE 9, 2004

AG REILLY COMMENDS LEGISLATURE FOR PAS SAGE OF BILL THAT PROTECTS SERVICE WORKERS
Tip pooling bill will protect service employees from having their tips
unfairly confiscated by their employers

BOSTON - Attorney General Tom Reilly commended the legislature for its passage this week of House Bill 4431, "An Act to Protect Tipped Employees." AG Reilly first proposed the legislation, which was originally sponsored by Representative Martin Walsh (D-Boston) in 2002. The version that passed this week had subsequently been revised by House Commerce and Labor Chair Michael Rodrigues (D-Westport).

The legislation protects service employees, including restaurant wait staff and bartenders, baggage handlers, hairdressers, valets, taxicab drivers and others who depend largely on tip income for their livelihood. This new law also safeguards consumers who expect their tips to go to the person performing the service and not into the employer's coffers.

"Service employees who work hard and depend on their gratuities to earn a living deserve to be protected in the workplace," AG Reilly said. "I am pleased that the legislature is providing comprehensive wage protection for all kinds of service workers."

In 1999, several baggage sky caps from Logan International Airport contacted the Attorney General's Office. The sky caps, some of whom had been working 15-20 years at their job, reported that their employer had instituted a new policy that forbade them from keeping their tips. Taking a closer look at the law, the Attorney General found that the then current tip pooling statute did not protect tipped workers unless they worked in the food service industry.

The Attorney General's Office has investigated numerous cases in which waiters and waitresses were required to turn their tips over to a restaurant manager or owner. The Attorney General filed an amicus brief in the Fraser, et. al. V. Pears, Inc. case supporting the waiters' position that tip skimming is prohibited under Massachusetts law.

House Bill 4431 amends the current tip pooling statute that had been on the books since the 1950s. The bill clarifies the current language in the statute which for bids employers from forcing service employees to surrender their tips to a pool in which managers or owners share. It also expands the statute to protect all tipped employees and allows for civil citations to be issued for tip pooling law violations. The legislation also makes violations of the statute enforceable under the enhanced criminal penalty provisions, which would include fines of up to $25,000 and jail time of up to two years and sets a three-year statute of limitations for private civil actions by employees.

Massachusetts minimum wage is $6.75 a hour, but under the state and federal minimum wage regulations, employers can pay tipped employees a sub-minimum wage of $2.63 an hour.

"Workers are entitled to a safe and fair work environment," AG Reilly said. "The legislature has taken an important step forward. I look forward to working cooperatively with the legislature to pass other important measures aimed at protecting people in the workplace."