SENATE STRENGTHENS PROTECTIONS FOR WAGE EARNERS (6-4-04)

COMMONWEALTH OF MASSACHUSETTS
ROBERT E. TRAVAGLINI
SENATE PRESIDENT

Contact: Ann Dufresne, Communications Director, (617) 722-1500

SENATE STRENGTHENS PROTECTIONS FOR WAGE EARNERS
Bill Regulates Tip Pooling and Bans Time-Shaving

Statehouse, Boston, June 4, 2004 - The Massachusetts State Senate has sent to the Governor legislation that prohibits employers from shaving hours off employee time sheets and forcing service workers to pool their tips. The bill also enhances the Attorney General's ability to investigate and enforce violations of the wage law.

"The service industry puts nearly 300,000 people to work and is one of the largest and most important contributors to the Commonwealth's economy," said Senate President Robert E. Travaglini. "This legislation addresses a growing concern among wageworkers and ensures they will get an honest day's pay for an honest day's work."

Senator Jack Hart (D-South Boston) who led the effort to pass the bill said, "It is reprehensible that some unscrupulous businesses in Massachusetts defrauded their employees, by arranging unfair tip pool systems or shaving hours from their weekly paychecks. This bill guarantees the fair treatment of many of our most vulnerable wage earners."

The bill bars business from coercing service workers to surrender tips to a pool or taking tips without the employees consent and including them in a pool with management or non-service workers. It also extends these protections to all workers who earn tips, not just those who handle food and beverages. Employees can bring civil actions for violations under a three-year statue of limitations.

Clarifying the Attorney General's authority to enforce wage laws is also a major component of the legislation. Under the new proposals:

* The Attorney General is entitled to a copy of the employer's records, not just a transcript.
* Employees gain complete access to their payroll records.
* Employers would be warned that failure to keep true and accurate payroll records violates the wage law.
* The anti-retaliation measure is strengthened to protect employee "whistleblowers" who report or testify about violations.
* Technical changes proposed by the Attorney General are incorporated into the wage laws that would, among other things, bar contractors from participating in taxpayer-funded public construction projects when they flout the law by defaulting or ignoring a civil wage citation.