UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORI W. WOOD; CLAUD HOOKER; DAVID PALLIARDI; GAIL MAYES; JUDY ROSLEY; PATRICIA SEIP MARTIN; SUSANNE HOLMES; SONIA MATUREVICH; TONYA COOK NAVARRO; EMILY CROSHIER, ROBERT SANDERS and LOUIS CHRISTOPHER CASHIOLA, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZC MANAGEMENT LLC; CANYON RANCH, INC.; MELVIN ZUCKERMAN and JERROLD COHEN,<br><br>Defendants. | Civil Action No. 3:07-CV-30076 |

*[Handwritten in left margin: Motion Allowed and settlement approved. Michael A. Ponsor USDJ 6.9.09]*

### JOINT MOTION FOR FINAL APPROVAL OF AMENDED SETTLEMENT AGREEMENT AND FINAL CERTIFICATION OF SETTLEMENT CLASS FOR SETTLEMENT PURPOSES ONLY

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, and for all the reasons set forth in the parties' Memorandum of Law in Support of Amended Joint Motion for Preliminary Approval of Amended Settlement and Provisional Certification of Settlement Class for Settlement Purposes Only, plaintiffs Lori W. Wood, Claud Hooker, David Palliardi, Gail Mayes, Judy Rosley, Patricia Seip Martin, Susanne Holmes, Sonia Maturevich, Tonya Cook Navarro, Emily Croshier, Robert Sanders and Louis Christopher Cashiola, on behalf of themselves and all others similarly situated, and defendants ZC Management LLC, Canyon Ranch Inc., Melvin Zuckerman and Jerrold Cohen hereby jointly move that this Court enter an order:

1. Finally certifying for settlement purposes only the Settlement Class of current and former employees of Canyon Ranch/Lenox who held the following job classifications:

    (a)    Servers and/or bussers between April 5, 2004 and October 19, 2007.

    (b)    Estheticians, fitness instructors, hair stylists/technicians, healing energy practitioners, hiking guides, make-up technicians, massage therapists, movement therapists, nail technicians, neuromuscular therapists, outdoor sports guides, tennis instructors, and yoga instructors between September 8, 2004 and October 19, 2007.

    (c)    Spa attendants (also known as locker room attendants) between September 8, 2004 and October 19, 2007.

    (d)    Assistant bell captains, assistant transportation coordinators, bell persons, bell persons/drivers, bell services dispatchers, bell services leads, cultural drivers, cultural transportation leads, driver, transportation coordinators, transportation leads, and all other non-managerial employees employed in the bell, transportation and cultural departments between September 8, 2004 and October 19, 2007.

2.    Finally approving the Amended Class Action Settlement Agreement, Release and Waiver, attached as Exhibit A to the Affidavit of Paul Holtzman (docket no. 46).

Respectfully submitted,

| | |
|---|---|
| LORI W. WOOD, CLAUD HOOKER, DAVID PALLIARDI, GAIL MAYES, JUDY ROSLEY, PATRICIA SEIP MARTIN, SUSANNE HOLMES, SONIA MATUREVICH, TANYA COOK NAVARRO, EMILY CROSHIER, ROBERT SANDERS and LOUIS CHRISTOPHER CASHIOLA, individually and on behalf of all other persons similarly situated, | ZC MANAGEMENT, LLC; CANYON RANCH, INC.; MELVIN ZUCKERMAN; and JERROLD COHEN, |
| By their attorneys, | By their attorneys, |
| /s/ Paul Holtzman | /s/ Richard L. Alfred |
| Richard M. Bluestein, Esq. (BBO # 046840) Paul Holtzman, Esq. (BBO # 563184) KROKIDAS & BLUESTEIN LLP 600 Atlantic Avenue Boston, MA 02210 (617) 482-7211 | Richard L. Alfred (BBO # 015000) Ariel D. Cudkowicz (BBO # 550577) SEYFARTH SHAW LLP Two Seaport Lane, Suite 300 Boston, MA 02210 (617) 946-4800 |

Dated: June 9, 2009

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 9, 2009.

/s/ Richard L. Alfred
Richard L. Alfred

BO1 15983718 1